BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN CARLOS OROZCO-GARCIA,<br><br>    Defendant. | 2:15-MJ-00159<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Edmund F. Brennan |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a preliminary hearing on August 19, 2015.
2. By this Stipulation, the parties now seek to continue the preliminary hearing by one day until August 20, 2015, at 2:00 p.m.
3. Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) of the Federal Rules of Criminal Procedure.  Extending the time for the preliminary hearing by one day will not impact the prompt disposition of the defendant's case and will be more efficient from the perspective of the parties.

**IT IS SO STIPULATED.**

DATED: August 18, 2015          /s/ Katherine T. Lydon
                                KATHERINE T. LYDON
                                Assistant U.S. Attorney


DATED: August 18, 2015          /s/ Sean Riordan
                                SEAN RIORDAN
                                Attorney for Juan Carlos Orozco-Garcia
                                (as authorized on August 18, 2015)


**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED, this 19th day of August, 2015.


_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE